# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES DERRICK KELLER,

    Plaintiff,

v.

J.S. WALTON, *et al.*,

    Defendants.

Case No. 3:16-cv-00565-JPG-GCS

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, **IT IS HEREBY ORDERED AND ADJUDGED** that:

- On Count I, **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS** J.S. Walton, Sarah Bryam, Jon Bryam, Cindy Behle, and Marla Patterson, **AND AGAINST PLAINTIFF** Charles Derrick Keller;

- On Count II, **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS** S. Bryam, J. Bryam, Cindy Behle, Marla Patterson, and Jonathan Mowery, **AND AGAINST PLAINTIFF** Charles Derrick Keller; and

- Count III is dismissed **WITHOUT PREJUDICE** against all defendants for failure to exhaust administrative remedies.

DATED: July 8, 2019

                        **MARGARET M. ROBERTIE,**
                        **Clerk of Court**

                        **BY:** s/Tina Gray
                                   **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**